WINIHISTER & Co. *v.* JAMES W. DARNABY.

Attachment—Dismissal—Interlocutory Decree—Re-instatement.

> The discharge of an attachment, pendente lite, is an interlocutory order, from which no appeal lies. It can only be re-instated by application to and before a Judge of the Appellate Court.

APPEAL FROM FAYETTE CIRCUIT COURT.

December 9, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The discharge of the attachment *pendente lite* is only an interlocutory order, the remedy for which, if erroneous, was an application to an appellate judge for reinstatement as in case of an interlocutory dissolution of an injunction.

Wherefore, as this suit is still pending in the circuit court, the order discharging the attachment was not a final judgment revisable by this court. Consequently the appeal from that order is dismissed for want of jurisdiction.

*Carr,* for appellant.
*Breckinridge,* for appellee.